**GREENBAUM, ROWE, SMITH & DAVIS LLP**
75 Livingston Avenue, Suite 301
Roseland, New Jersey 07068
(973) 535-1600
Attorneys for Plaintiff GF Princeton, LLC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TEXTRON FINANCIAL-NEW JERSEY, INC.**<br><br>Plaintiff,<br><br>vs.<br><br>**HERRING LAND GROUP, LLC.**<br><br>Defendant | CASE NO.: 06-2585 (MLC)<br><br>Civil Action<br><br>**NOTICE OF CROSS MOTION TO SUBSTITUTE AND/OR INTERVENE**<br><br>**ORAL ARGUMENT IS REQUESTED**<br><br>**RETURNABLE OCTOBER 20, 2008** |

TO:   Martin P. Schrama, Esq.
      Stark & Stark
      **Princeton Pike Corporate Center**
      **I-295 at Princeton Pike**
      **993 Lenox Drive, Building 2**
      **Princeton, New Jersey 08453-5315**
      **Attorneys for Plaintiff**

      Bruce Snyder
      Lasser Hochman, LLC
      75 Eisenhower Parkway
      Roseland, New Jersey 07068
      **Attorneys for Defendant**

**PLEASE TAKE NOTICE** that the undersigned attorneys for GF Princeton, LLC shall move on October 20, 2008 at 10:00 am or soon thereafter as counsel may be heard before the Hon. Tonianne J. Bongiovanni, U.S.M.J., of the United States District Court at the Courthouse in Trenton, New Jersey for

1038822.01

an Order permitting GF Princeton, LLC to substitute and/or intervene in this matter pursuant to Federal Rules of Civil Procedure 24 and/25(c).

**PLEASE TAKE FURTHER NOTICE**, that the undersigned shall rely upon the supporting Certification of Robert Freeman and Brief submitted herein.

**PLEASE TAKE FURTHER NOTICE**, that a proposed form of Order is annexed hereto.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned requests oral argument.

**GREENBAUM, ROWE, SMITH & DAVIS LLP**
75 Livingston Avenue, Suite 301
Roseland, New Jersey 07068
(973) 535-1600
Attorneys for GF Princeton, LLC

BY: _____
ALAN S. PRALGEVER, ESQ.

Dated: September 26, 2008

1038822.01